1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
  adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
  seth@gutridesafier.com
TODD KENNEDY (State Bar No. 250267)
  todd@gutridesafier.com
835 Douglass Street
San Francisco, California 94114
Telephone: (415) 789-6390
Facsimile:  (415) 449-6469

Attorneys for Innovative Automation

JEN-FENG LEE (State Bar No.  204328 )
KENNETH K. TANJI, JR. (State Bar No.  162273)
LT PACIFIC LAW GROUP LLP
17800 Castleton Street, #383
Industry, California 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Defendants Vinpower, Inc. and Vinpower Digital, Inc.

Sterling A. Brennan (California State Bar No. 126019)
    E-mail:  sbrennan@wnlaw.com
Tyson K. Hottinger (California State Bar No. 253221)
    E-mail:  thottinger@wnlaw.com
WORKMAN │ NYDEGGER A Professional Corporation
20 Pacifica, Suite 1130 & 60 E. South Temple, Suite 1000
Irvine, California 92618
Salt Lake City, Utah 84111
Telephone:   (949) 242-1900
Telephone:  (801) 533-9800
Facsimile:    (949) 453-1104
Facsimile:  (801) 328-1707

Charles J. Veverka (*Admitted Pro Hac Vice,* Utah State Bar No. 07110)
    E-mail:  cveverka@mgiip.com
Eric L. Maschoff (*Admitted Pro Hac Vice,* Utah State Bar No. 06608)
    E-mail:  emaschoff@mgiip.com
Rachel Jacques (*Admitted Pro Hac Vice,* Utah State Bar No. 13250)
    E-mail:  rjacques@mgiip.com
MASCHOFF GILMORE & ISRAELSEN
1441 West Ute Boulevard, Suite 100
Park City, Utah 84098
Telephone:   (435) 252-1360
Facsimile:    (435) 252-1361

Attorneys for Plaintiff and Counter-defendant RIMAGE CORPORATION

---

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INNOVATIVE AUTOMATION LLC,<br><br>Plaintiff,<br><br>v.<br><br>MEDIATECHNICS SYSTEMS, INC., et al.,<br><br>Defendants. | Case No. 5:11-CV-03409 EMC    11-3410 EMC<br><br>**STIPULATION TO THE RELATION OF CASES AND REASSIGNMENT TO MAGISTRATE JUDGE LLOYD** |
| INNOVATIVE AUTOMATION LLC,<br><br>Plaintiff,<br><br>v.<br><br>DISCOPYLABS,<br><br>Defendant. | Case No. 5:11-CV-03410-EMC    11-3411 EMC |
| INNOVATIVE AUTOMATION LLC,<br><br>Plaintiff,<br><br>v.<br><br>ACUTRACK, INC.,<br><br>Defendant. | Case No. 5:11-CV-03411-EMC    11-3412 EMC |
| RIMAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INNOVATIVE AUTOMATION LLC,<br><br>Defendant. | Case No. 5:11-CV-03412-EMC    11-4224 EMC |

1

2           The parties hereby stipulate to the relation of the above-captioned cases, and to the

    reassignment of those cases to Magistrate Judge Lloyd.[1]

3

4                                    Respectfully submitted,

5       Dated: February 23, 2012          GUTRIDE SAFIER LLP

6

7

8                                    /s/Todd Kennedy
                             TODD KENNEDY

9                                    Attorneys for Innovative Automation LLC

10

11      Dated: February 23, 2012          WORKMAN NYDEGGER

12

13

14                                   /s/ Charles Veverka
                             CHARLES VERVERKA

15                                   Attorneys for Defendant and
                             counterplaintiffs Acutrack Inc. and

16                                   DisCopyLabs, and Plaintiff Rimage
                             Corporation

17

18      Dated: February 23, 2012          LT PACIFIC LAW GROUP LLP

19

20

21                                   /s/Jen-Feng Lee
                             JEN-FENG LEE

22                                   Attorneys for Defendants Vinpower Inc. and
                             Vinpower Digital Inc.

23        IT IS SO ORDERED that the above four cases are related and are reassigned to Magistrate
  Judge Howard Lloyd to conduct any and all further proceedings in the case, including trial, and

24        order the entry of a final judgment.    The 2/24/12 telephone CMC is hereby vacated.

25

26                           
  Edward M. Chen, U.S. District Judge

27      [1] Although all defendants in *Innovative Automation v. Mediatechnics Systems, Inc.* have
been served with the First Amended Complaint, defendants Mediatechnics Systems, Inc.;
Richard Duwayne Wilson; and Tibi Szligaya have not responded or entered an appearance.

28      Accordingly, those parties have not participated in this stipulation.

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I attest that the above signatories for Defendants have concurred and consented to the filing of this document.

DATED: February 23, 2012

                                           __/s/ Todd Kennedy_____
                                           Todd Kennedy
                                           Attorney for Plaintiff Innovative
                                           Automation, LLC